| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>American Heritage Federal Credit Union | Order Filed on June 14, 2022<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Jeffrey Orel,<br><br>Debtor. | Case No.:  19-19762 SLM<br>Adv. No.:<br><br>Judge:  Stacey L. Meisel |

## CONSENT ORDER SURRENDERING VEHICLE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: June 14, 2022**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor:     Jeffrey Orel
Case No.:   19-19762 SLM
Caption:    **CONSENT ORDER SURRENDERING VEHICLE**

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, American Heritage Federal Credit Union, upon a consent order to surrender 2018 Telluride/292RLS, VIN 1SACS0BR3J2FB5091, and with the consent of Sherman D. Scott, Esq., counsel for the Debtor, Jeffrey Orel,

It **ORDERED, ADJUDGED and DECREED** that the automatic stay as to 2018 Telluride/292RLS, VIN 1SACS0BR3J2FB5091 is hereby vacated; and

It **ORDERED, ADJUDGED and DECREED** that the vehicle 2018 Telluride/292RLS, VIN 1SACS0BR3J2FB509 is hereby surrendered; and

It **ORDERED, ADJUDGED and DECREED** that the said vehicle is no longer property of the bankruptcy estate and shall be returned to Secured Creditor; and

It **ORDERED, ADJUDGED and DECREED** that the Secured Creditor shall be permitted to use, sell, or exercise any other ownership rights with regard to the subject property.


**/s/ Denise Carlon, Esq.**
DENISE CARLON, ESQ., ATTORNEY FOR SECURED CREDITOR          Dated: 6/3/2022


I hereby agree and consent to the above terms and conditions:


**/s/ Scott D. Sherman, Esq.**
SCOTT D. SHERMAN, ESQ., ATTORNEY FOR DEBTOR          Dated: 6/3/2022