| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>American Heritage Federal Credit Union | Order Filed on June 14, 2022<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Jeffrey Orel,<br><br>Debtor. | Case No.: 19-19762 SLM<br>Adv. No.:<br><br>Judge: Stacey L. Meisel |

### CONSENT ORDER SURRENDERING VEHICLE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: June 14, 2022**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor: Jeffrey Orel
Case No.: 19-19762 SLM
Caption: **CONSENT ORDER SURRENDERING VEHICLE**

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, American Heritage Federal Credit Union, upon a consent order to surrender 2018 Telluride/292RLS, VIN 1SACS0BR3J2FB5091, and with the consent of Sherman D. Scott, Esq., counsel for the Debtor, Jeffrey Orel,

It **ORDERED, ADJUDGED and DECREED** that the automatic stay as to 2018 Telluride/292RLS, VIN 1SACS0BR3J2FB5091 is hereby vacated; and

It **ORDERED, ADJUDGED and DECREED** that the vehicle 2018 Telluride/292RLS, VIN 1SACS0BR3J2FB509 is hereby surrendered; and

It **ORDERED, ADJUDGED and DECREED** that the said vehicle is no longer property of the bankruptcy estate and shall be returned to Secured Creditor; and

It **ORDERED, ADJUDGED and DECREED** that the Secured Creditor shall be permitted to use, sell, or exercise any other ownership rights with regard to the subject property.

/s/ Denise Carlon, Esq.
DENISE CARLON, ESQ., ATTORNEY FOR SECURED CREDITOR          Dated: 6/3/2022

I hereby agree and consent to the above terms and conditions:

/s/ Scott D. Sherman, Esq.
SCOTT D. SHERMAN, ESQ., ATTORNEY FOR DEBTOR          Dated: 6/3/2022

United States Bankruptcy Court

District of New Jersey

In re:  
Jeffrey Orel  
    Debtor

Case No. 19-19762-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Jun 14, 2022      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jeffrey Orel, 9033 Pennegrove Cir, Charlotte, NC 28214-8139 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Barry J. Roy | on behalf of Interested Party Orkin's Premier Properties LLC broy@rltlawfirm.com |
| Bruce J. Wisotsky | on behalf of Interested Party Orkin's Premier Properties LLC bwisotsky@nmmlaw.com, mcamacho@nmmlaw.com |
| Denise E. Carlon | on behalf of Creditor American Heritage FCU dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Donna L. Thompson | on behalf of Creditor Green Tree Packing Co. Inc. donna.thompson@dlthompsonlaw.com dlthompsonlaw@aol.com |
| Jay L. Lubetkin | on behalf of Interested Party Orkin's Premier Properties LLC jlubetkin@rltlawfirm.com, rgaydos@rltlawfirm.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Jun 14, 2022 | Form ID: pdf903 | Total Noticed: 1

Scott D. Sherman
    on behalf of Debtor Jeffrey Orel ssherman@minionsherman.com

Steven P. Kelly
    on behalf of Creditor Village Capital & Investment LLC skelly@sterneisenberg.com bkecf@sterneisenberg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9