**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jeffrey Orel | Social Security number or ITIN   xxx–xx–1572 |
| | First Name   Middle Name   Last Name | EIN   __–_____ |
| Debtor 2 | | Social Security number or ITIN   ____ |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–19762–SLM | |

# Order of Discharge                                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Jeffrey Orel

   8/23/24                                              **By the court:** Stacey L. Meisel
                                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-19762-SLM |
| Jeffrey Orel | Chapter 13 |
| Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 23, 2024 | Form ID: 3180W | Total Noticed: 43 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey Orel, 9033 Pennegrove Cir, Charlotte, NC 28214-8139 |
| cr | + | Green Tree Packing Co. Inc., c/o DL Thompson Law, PC, c/o DL Thompson Law, PC, PO Box 679, Allenwood, NJ 08720-0679 |
| r | + | Karen Graney, Realty Executives Exceptional, 419 Route 10 E., Randolph, NJ 07869-2116 |
| cr | + | Village Capital & Investment LLC, c/o Stern & Eisenberg, PC, 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |
| 519305460 | + | Bread, PO Box 11499, Tampa, FL 33680-1499 |
| 518243228 | + | Denville Meat Shop, LLC, 28 Diamond Spring Road, Unit #3, Denville, NJ 07834-2774 |
| 518515804 | + | Green Tree Packing, Inc, c/o DL Thompson Law, P.O. Box 679, Allenwood NJ 08720-0679 |
| 518243232 | + | Iulia Orel, 32 Wenonah Avenue, Rockaway, NJ 07866-1404 |
| 518364040 | | Jersey Central Power & Light/Fisrt Energy, 1101 Crawford's Corner, BLDG #1 Ste 1-511, Holmdel, NJ 07733 |
| 518355487 | + | Orkin's Premier Properties, LLC, c/o The Progressive Company, 2 Sylvan Way, Parsippany, NJ 07054-3809 |
| 518243233 | + | Orkin's Premier Properties, LLC, c/o Beinhaker & Beinhaker, Attn: Joshua Beinhaker, Esq., 20 South Street, Morristown, NJ 07960-8800 |
| 518345128 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, PO BOX 245-Bankruptcy, Trenton, NJ 08695-0272 |
| 518350181 | | Sysco, 245000 Highway 290, Cypress, TX 77429 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 23 2024 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 23 2024 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| intp | + | Email/Text: rgaydos@rltlawfirm.com | Aug 23 2024 20:45:00 | Orkin's Premier Properties, LLC, c/o Rabinowitz, Lubetkin & Tully, LLC, 293 Eisenhower Parkway, Suite 100, Livingston, NJ 07039-1711 |
| cr | ^ | MEBN | Aug 23 2024 20:42:42 | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |
| 518243221 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 23 2024 20:55:18 | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 518243222 | + | Email/Text: jvalencia@amhfcu.org | Aug 23 2024 20:46:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 518243223 | + | EDI: BANKAMER | Aug 24 2024 00:29:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518243224 | + | EDI: AQUAFINANCE.COM | Aug 24 2024 00:29:00 | Bay Finance, Attn: Bankruptcy, Po Box 844, Wausau, WI 54402-0844 |
| 518273848 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 23 2024 20:46:00 | CCAP Auto Lease Ltd., P.O. BOX 961275, FORT |

Case 19-19762-SLM   Doc 83   Filed 08/25/24   Entered 08/26/24 00:16:05   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 23, 2024 | Form ID: 3180W | Total Noticed: 43 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| | | | WORTH, TX 76161-0275 |
| 518243225 | + EDI: CAPITALONE.COM | Aug 24 2024 00:29:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518334269 | + EDI: AIS.COM | Aug 24 2024 00:29:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518365857 | + EDI: CITICORP | Aug 24 2024 00:29:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 518243227 | + EDI: CITICORP | Aug 24 2024 00:29:00 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518243229 | Email/Text: BKCourtNotices@yourmortgageonline.com | Aug 23 2024 20:45:00 | Dovenmuehle Mortgage, Inc, Attn: Bankruptcy, 1 Corporate Dr, Ste 360, Lake Zurich, IL 60047 |
| 518363431 | Email/Text: BKCourtNotices@yourmortgageonline.com | Aug 23 2024 20:45:00 | Village Capital & Investment LLC, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 518243230 | EDI: IRS.COM | Aug 24 2024 00:29:00 | Internal Revenue Service, 955 S. Springfield Ave., Springfield, NJ 07081 |
| 518243226 | EDI: JPMORGANCHASE | Aug 24 2024 00:29:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518280199 | + Email/Text: RASEBN@raslg.com | Aug 23 2024 20:44:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518712374 | EDI: PRA.COM | Aug 24 2024 00:29:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518712375 | EDI: PRA.COM | Aug 24 2024 00:29:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518364484 | EDI: PRA.COM | Aug 24 2024 00:29:00 | Portfolio Recovery Associates, LLC, c/o Amazon.com Store Card, POB 41067, Norfolk VA 23541 |
| 518294112 | EDI: Q3G.COM | Aug 24 2024 00:29:00 | Quantum3 Group LLC as agent for, Aqua Finance, PO Box 788, Kirkland, WA 98083-0788 |
| 518243235 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 23 2024 20:44:00 | State of New Jersey, Division of Taxation, 50 Barrack Street, PO Box 269, Trenton, NJ 08695 |
| 518243234 | + Email/Text: enotifications@santanderconsumerusa.com | Aug 23 2024 20:46:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 518350183 | + Email/Text: bankruptcynotices@squareup.com | Aug 23 2024 20:46:00 | Square Capital, LLC, 1455 Market Street, Suite 600, San Francisco, CA 94103-1332 |
| 518246809 | ^ MEBN | Aug 23 2024 20:42:44 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518243236 | + EDI: SYNC | Aug 24 2024 00:29:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518350182 | ^ MEBN | Aug 23 2024 20:44:31 | Sysco Corporation, 1390 Enclave Parkway, Houston, TX 77077-2099 |
| 518350398 | + EDI: AIS.COM | Aug 24 2024 00:29:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518350180 | + EDI: VERIZONCOMB.COM | Aug 24 2024 00:29:00 | Verizon Fios, 500 Technology Drive, Suite 550, Saint Charles, MO 63304-2225 |

TOTAL: 30

Case 19-19762-SLM    Doc 83    Filed 08/25/24    Entered 08/26/24 00:16:05    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 23, 2024 | Form ID: 3180W | Total Noticed: 43 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518243231 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2024                              Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Barry J. Roy | on behalf of Interested Party Orkin's Premier Properties LLC broy@rltlawfirm.com, rgaydos@rltlawfirm.com |
| Bruce J. Wisotsky | on behalf of Interested Party Orkin's Premier Properties LLC bwisotsky@nmmlaw.com, mcamacho@nmmlaw.com |
| Denise E. Carlon | on behalf of Creditor American Heritage FCU dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Donna L. Thompson | on behalf of Creditor Green Tree Packing Co. Inc. donna.thompson@dlthompsonlaw.com dlthompsonlaw@aol.com |
| Jay L. Lubetkin | on behalf of Interested Party Orkin's Premier Properties LLC jlubetkin@rltlawfirm.com, rgaydos@rltlawfirm.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Scott D. Sherman | on behalf of Debtor Jeffrey Orel ssherman@minionsherman.com |
| Steven P. Kelly | on behalf of Creditor Village Capital & Investment LLC skelly@sterneisenberg.com bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9